# EXHIBIT 2(a)



**CORPORATION SERVICE COMPANY'**

# Notice of Service of Process

NJH / ALL
**Transmittal Number: 7025832**
**Date Processed: 09/30/2009**

| | |
|---|---|
| Primary Contact: | Elaine McGee - MS A108<br>The DIRECTV Group, Inc.<br>2240 E. Imperial Highway<br>Building R11 PO Box 956<br>El Segundo, CA 90245 |

| | |
|---|---|
| **Entity:** | DirecTV, Inc.<br>Entity ID Number  2404147 |
| **Entity Served:** | Directv, Inc. |
| **Title of Action:** | Christine Slakans vs. Directv, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court:** | Maricopa County Superior Court, Arizona |
| **Case Number:** | CV2009-054111 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 09/30/2009 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Paul B. Mengedoth<br>480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

1 | Paul B. Mengedoth (018507)
2 | **MENGEDOTH LAW FIRM LLC**
14646 N. Kierland Blvd., Suite 140
3 | Scottsdale, Arizona 85254
  | (480) 778-9100
4 | (480) 778-9101 (Fax)
5 | E-mail: paul@mengedothlaw.com

6

7 |
  | Attorneys for Plaintiff Christine Slakans    ORIGINAL
8
9 | **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
10 | **IN AND FOR THE COUNTY OF MARICOPA**

11

12 | CHRISTINE SLAKANS, on behalf of          No. CV2009-054111
13 | herself and all others similarly situated,
14 |                                                   **SUMMONS**
15 |              Plaintiff,
16 | v.
17 | DIRECTV, INC, a California
18 | corporation.; DIRECTV                    IF YOU WANT THE ADVICE OF A
   | MERCHANDISING, INC., a Delaware          LAWYER, YOU MAY WISH TO CONTACT
19 | corporation; DIRECTV ENTERPRISES,        THE LAWYER REFERRAL SERVICE AT
   |                                          602-257-4434 OR ON-LINE AT
20 | LLC, a Delaware limited liability        WWW.LAWYERFINDERS.ORG. LRS IS
   | company; DIRECTV HOLDINGS LLC,           SPONSORED BY THE MARICOPA
21 | a Delaware limited liability company;    COUNTY BAR ASSOCIATION
22 | DIRECTV OPERATIONS, LLC, a
   | California limited liability company;
23 | THE DIRECTV GROUP, INC., a
24 | Delaware corporation,
25 |              Defendant.
26 | _____
27
28

1

**THE STATE OF ARIZONA TO THE DEFENDANT:**

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1  YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
2  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
3  fee, within the time required, and you are required to serve a copy of any Answer or response
4  upon the plaintiff's attorney, whose name and address are set forth below.  Ariz. R. Civ. Proc.,
5  Rules 5 and 10; A.R.S. § 12-311.

6  Copies of the pleadings filed herein may be obtained by contacting the Clerk of
7  Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9  **Requests for reasonable accommodation for persons with disabilities must be made**
10 **to the division assigned to the case by parties at least 3 judicial days in advance of a**
11 **scheduled court proceeding.**  Local Rules of Practice for the Superior Court, Maricopa
12 County, Rule 2.5(c).

13

14 The name and address of plaintiff's attorney is:

15    Paul B. Mengedoth
      **MENGEDOTH LAW FIRM LLC**
16    14646 N. Kierland Blvd., Suite 140
17    Scottsdale, Arizona 85254

18                                          SEP 1 8 2009

19 SIGNED AND SEALED this date:_____

20

21                    MICHAEL K. JEANES, CLERK
                       CLERK
22

23            By _____
24               Deputy Clerk

25

26

27

28

3

# EXHIBIT 2(b)



CORPORATION SERVICE COMPANY®

## Notice of Service of Process

NJH / ALL
**Transmittal Number: 7025825**
**Date Processed: 09/30/2009**

| | |
|---|---|
| **Primary Contact:** | Elaine McGee - MS A108<br>The DIRECTV Group, Inc.<br>2240 E. Imperial Highway<br>Building R11 PO Box 956<br>El Segundo, CA 90245 |

| | |
|---|---|
| **Entity:** | DirecTV Merchandising, Inc.<br>Entity ID Number 2404167 |
| **Entity Served:** | Directv Merchandising, Inc. |
| **Title of Action:** | Christine Slakans vs. Directv, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court:** | Maricopa County Superior Court, Arizona |
| **Case Number:** | CV2009-054111 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 09/30/2009 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Paul B. Mengedoth<br>480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

1  Paul B. Mengedoth (018507)
2  **MENGEDOTH LAW FIRM LLC**
   14646 N. Kierland Blvd., Suite 140
3  Scottsdale, Arizona 85254
    (480) 778-9100
4  (480) 778-9101 (Fax)
5  E-mail: paul@mengedothlaw.com

6

7
   Attorneys for Plaintiff Christine Slakans
8
                                    ~~ORIGINAL~~
9          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10              **IN AND FOR THE COUNTY OF MARICOPA**

11

12  CHRISTINE SLAKANS, on behalf of        )    No. CV2009-054111
13  herself and all others similarly situated,  )
                                             )
14                                           )              **SUMMONS**
                                             )
15              Plaintiff,                   )
                                             )
16  v.                                       )
                                             )
17  DIRECTV, INC, a California               )      IF YOU WANT THE ADVICE OF A
18  corporation, DIRECTV                     )    LAWYER, YOU MAY WISH TO CONTACT
                                             )    THE LAWYER REFERRAL SERVICE AT
    MERCHANDISING, INC., a Delaware          )    602-257-4434 OR ON-LINE AT
19  corporation; DIRECTV ENTERPRISES,        )    WWW.LAWYERFINDERS.ORG. LRS IS
    LLC, a Delaware limited liability        )    SPONSORED BY THE MARICOPA
20  company; DIRECTV HOLDINGS LLC,           )    COUNTY BAR ASSOCIATION
21  a Delaware limited liability company;    )
    DIRECTV OPERATIONS, LLC, a               )
22  California limited liability company;    )
    THE DIRECTV GROUP, INC., a               )
23  Delaware corporation,                    )
                                             )
24                                           )
25              Defendant.                   )
                                             )
26  _____

27

28
                                1

**THE STATE OF ARIZONA TO THE DEFENDANT:**

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1      YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer

2  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing

3  fee, within the time required, and you are required to serve a copy of any Answer or response

4  upon the plaintiff's attorney, whose name and address are set forth below.  Ariz. R. Civ. Proc.,

5  Rules 5 and 10; A.R.S. § 12-311.

6      Copies of the pleadings filed herein may be obtained by contacting the Clerk of

7  Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9      **Requests for reasonable accommodation for persons with disabilities must be made**

10  **to the division assigned to the case by parties at least 3 judicial days in advance of a**

11  **scheduled court proceeding.**  Local Rules of Practice for the Superior Court, Maricopa

12  County, Rule 2.5(c).

13

14      The name and address of plaintiff's attorney is:

15          Paul B. Mengedoth

16          **MENGEDOTH LAW FIRM LLC**
        14646 N. Kierland Blvd., Suite 140

17          Scottsdale, Arizona 85254

18                            SEP 1 8 2009

19  SIGNED AND SEALED this date:_____

20

21               **MICHAEL K. JEANES, CLERK**
             CLERK

22

23

24          By
        Deputy Clerk

25

26

27

28

3

# EXHIBIT 2(c)



**CORPORATION SERVICE COMPANY'**

NJH / ALL
Transmittal Number: 7025819
Date Processed: 09/30/2009

# Notice of Service of Process

| Primary Contact: | Elaine McGee - MS A108<br>The DIRECTV Group, Inc.<br>2240 E. Imperial Highway<br>Building R11 PO Box 956<br>El Segundo, CA 90245 |
|---|---|

| Entity: | DirecTV Enterprises, LLC<br>Entity ID Number  2404141 |
|---|---|
| Entity Served: | Directv Enterprises, LLC |
| Title of Action: | Christine Slakans vs. Directv, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Maricopa County Superior Court, Arizona |
| Case Number: | CV2009-054111 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 09/30/2009 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Paul B. Mengedoth<br>480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Paul B. Mengedoth (018507)
**MENGEDOTH LAW FIRM LLC**
14646 N. Kierland Blvd., Suite 140
Scottsdale, Arizona 85254
(480) 778-9100
(480) 778-9101 (Fax)
E-mail: paul@mengedothlaw.com

Attorneys for Plaintiff Christine Slakans

ORIGINAL

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CHRISTINE SLAKANS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, INC, a California corporation.; DIRECTV MERCHANDISING, INC., a Delaware corporation; DIRECTV ENTERPRISES, LLC, a Delaware limited liability company; DIRECTV HOLDINGS LLC, a Delaware limited liability company; DIRECTV OPERATIONS, LLC, a California limited liability company; THE DIRECTV GROUP, INC., a Delaware corporation,<br><br>Defendant. | No. CV2009-054111<br><br>**SUMMONS**<br><br>IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

1

THE STATE OF ARIZONA TO THE DEFENDANT:

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1      YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer

2  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing

3  fee, within the time required, and you are required to serve a copy of any Answer or response

4  upon the plaintiff's attorney, whose name and address are set forth below.  Ariz. R. Civ. Proc.,

5  Rules 5 and 10; A.R.S. § 12-311.

6      Copies of the pleadings filed herein may be obtained by contacting the Clerk of

7  Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9      **Requests for reasonable accommodation for persons with disabilities must be made**

10  **to the division assigned to the case by parties at least 3 judicial days in advance of a**

11  **scheduled court proceeding.**  Local Rules of Practice for the Superior Court, Maricopa

12  County, Rule 2.5(c).

13

14  The name and address of plaintiff's attorney is:

15      Paul B. Mengedoth

16      **MENGEDOTH LAW FIRM LLC**
       14646 N. Kierland Blvd., Suite 140

17      Scottsdale, Arizona 85254

18                  SEP 1 8 2009

19  SIGNED AND SEALED this date:_____

20

21            MICHAEL K. JEANES, CLERK
             CLERK

22

23            By

24            Deputy Clerk

25

26

27

28

            3

# EXHIBIT 2(d)



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

**NJH / ALL**
**Transmittal Number: 7025837**
**Date Processed: 09/30/2009**

| Primary Contact: | Elaine McGee - MS A108 |
|---|---|
| | The DIRECTV Group, Inc. |
| | 2240 E. Imperial Highway |
| | Building R11 PO Box 956 |
| | El Segundo, CA 90245 |

| | |
|---|---|
| Entity: | DirecTV Holdings LLC |
| | Entity ID Number 2404143 |
| Entity Served: | Directv Holdings LLC |
| Title of Action: | Christine Slakans vs. Directv, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Maricopa County Superior Court, Arizona |
| Case Number: | CV2009-054111 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 09/30/2009 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Paul B. Mengedoth |
| | 480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

1  Paul B. Mengedoth (018507)
2  **MENGEDOTH LAW FIRM LLC**
   14646 N. Kierland Blvd., Suite 140
3  Scottsdale, Arizona 85254
   (480) 778-9100
4  (480) 778-9101 (Fax)
5  E-mail: paul@mengedothlaw.com

6

7

   Attorneys for Plaintiff Christine Slakans          **ORIGINAL**
8

9          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10              **IN AND FOR THE COUNTY OF MARICOPA**

11

12 CHRISTINE SLAKANS, on behalf of         ) No. CV2009-054111
13 herself and all others similarly situated,  )
                                             )
14                                            )           **SUMMONS**
                                             )
15          Plaintiff,                        )
                                             )
16 v.                                         )
                                             )
17 DIRECTV, INC, a California               )       IF YOU WANT THE ADVICE OF A
18 corporation.; DIRECTV                     )    LAWYER, YOU MAY WISH TO CONTACT
   MERCHANDISING, INC., a Delaware          )      THE LAWYER REFERRAL SERVICE AT
19 corporation; DIRECTV ENTERPRISES,        )         602-257-4434 OR ON-LINE AT
   LLC, a Delaware limited liability        )      WWW.LAWYERFINDERS.ORG. LRS IS
20 company; DIRECTV HOLDINGS LLC,           )       SPONSORED BY THE MARICOPA
21 a Delaware limited liability company;    )          COUNTY BAR ASSOCIATION
   DIRECTV OPERATIONS, LLC, a              )
22 California limited liability company;    )
23 THE DIRECTV GROUP, INC., a              )
   Delaware corporation,                    )
24                                            )
25          Defendant.                        )
26 _____       )

27

28

                                1

**THE STATE OF ARIZONA TO THE DEFENDANT:**

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1      YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer

2  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing

3  fee, within the time required, and you are required to serve a copy of any Answer or response

4  upon the plaintiff's attorney, whose name and address are set forth below. Ariz. R. Civ. Proc.,

5  Rules 5 and 10; A.R.S. § 12-311.

6      Copies of the pleadings filed herein may be obtained by contacting the Clerk of

7  Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9      **Requests for reasonable accommodation for persons with disabilities must be made**

10  **to the division assigned to the case by parties at least 3 judicial days in advance of a**

11  **scheduled court proceeding.** Local Rules of Practice for the Superior Court, Maricopa

12  County, Rule 2.5(c).

13

14      The name and address of plaintiff's attorney is:

15          Paul B. Mengedoth

16          **MENGEDOTH LAW FIRM LLC**
        14646 N. Kierland Blvd., Suite 140

17          Scottsdale, Arizona 85254

18                           SEP 1 8 2009

19      SIGNED AND SEALED this date:_____

20

21                  MICHAEL K. JEANES, CLERK
                CLERK

22

23          By

24          Deputy Clerk

25

26

27

28

                       3

# EXHIBIT 2(e)



CORPORATION SERVICE COMPANY

NJH / ALL
**Transmittal Number: 7025834**
**Date Processed: 09/30/2009**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Elaine McGee - MS A108<br>The DIRECTV Group, Inc.<br>2240 E. Imperial Highway<br>Building R11 PO Box 956<br>El Segundo, CA 90245 |

| | |
|---|---|
| **Entity:** | DirecTV Operations, LLC<br>Entity ID Number 2404171 |
| **Entity Served:** | Directv Operations, LLC |
| **Title of Action:** | Christine Slakans vs. Directv, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court:** | Maricopa County Superior Court, Arizona |
| **Case Number:** | CV2009-054111 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 09/30/2009 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Paul B. Mengedoth<br>480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

1  Paul B. Mengedoth (018507)
2  **MENGEDOTH LAW FIRM LLC**
    14646 N. Kierland Blvd., Suite 140
3  Scottsdale, Arizona 85254
    (480) 778-9100
4  (480) 778-9101 (Fax)
5  E-mail: paul@mengedothlaw.com

6

7
    Attorneys for Plaintiff Christine Slakans
8

    **ORIGINAL**

9    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10        **IN AND FOR THE COUNTY OF MARICOPA**

11

| | |
|---|---|
| CHRISTINE SLAKANS, on behalf of herself and all others similarly situated, )<br><br>        Plaintiff, )<br><br>v. )<br><br>DIRECTV, INC, a California corporation.; DIRECTV MERCHANDISING, INC., a Delaware corporation; DIRECTV ENTERPRISES, LLC, a Delaware limited liability company; DIRECTV HOLDINGS LLC, a Delaware limited liability company; DIRECTV OPERATIONS, LLC, a California limited liability company; THE DIRECTV GROUP, INC., a Delaware corporation, )<br><br>        Defendant. ) | No. CV2009-054111<br><br>**SUMMONS**<br><br>IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

1

**THE STATE OF ARIZONA TO THE DEFENDANT:**

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1    YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer
2  or proper response in writing with the Clerk of this Court, accompanied by the necessary filing
3  fee, within the time required, and you are required to serve a copy of any Answer or response
4  upon the plaintiff's attorney, whose name and address are set forth below.  Ariz. R. Civ. Proc.,
5  Rules 5 and 10; A.R.S. § 12-311.
6    Copies of the pleadings filed herein may be obtained by contacting the Clerk of
7  Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9    **Requests for reasonable accommodation for persons with disabilities must be made**
10  **to the division assigned to the case by parties at least 3 judicial days in advance of a**
11  **scheduled court proceeding.**  Local Rules of Practice for the Superior Court, Maricopa
12  County, Rule 2.5(c).

13

14    The name and address of plaintiff's attorney is:

15        Paul B. Mengedoth
16        **MENGEDOTH LAW FIRM LLC**
           14646 N. Kierland Blvd., Suite 140
17        Scottsdale, Arizona 85254

18                                        SEP 1 8 2009
19    SIGNED AND SEALED this date:_____
20
21                         MICHAEL K. JEANES, CLERK
                           CLERK
22
23                         By _____
24                         Deputy Clerk
25
26
27
28
                                   3

# EXHIBIT 2(f)



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

**NJH / ALL**
**Transmittal Number: 7025830**
**Date Processed: 09/30/2009**

| Primary Contact: | Elaine McGee - MS A108<br>The DIRECTV Group, Inc.<br>2240 E. Imperial Highway<br>Building R11 PO Box 956<br>El Segundo, CA 90245 |
|---|---|

| | |
|---|---|
| Entity: | The DirecTV Group, Inc.<br>Entity ID Number 2404330 |
| Entity Served: | The Directv Group, Inc. |
| Title of Action: | Christine Slakans vs. Directv, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Maricopa County Superior Court, Arizona |
| Case Number: | CV2009-054111 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 09/30/2009 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Paul B. Mengedoth<br>480-778-9100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

1 | Paul B. Mengedoth (018507)
2 | **MENGEDOTH LAW FIRM LLC**
   | 14646 N. Kierland Blvd., Suite 140
3 | Scottsdale, Arizona 85254
   | (480) 778-9100
4 | (480) 778-9101 (Fax)
5 | E-mail: paul@mengedothlaw.com
6 |
7 |
8 | Attorneys for Plaintiff Christine Slakans
   | ~~ORIGINAL~~
9 | IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
10 | IN AND FOR THE COUNTY OF MARICOPA
11 |
12 | CHRISTINE SLAKANS, on behalf of
13 | herself and all others similarly situated,
14 |
15 | Plaintiff,
16 | v.
17 | DIRECTV, INC, a California
18 | corporation.; DIRECTV
   | MERCHANDISING, INC., a Delaware
19 | corporation; DIRECTV ENTERPRISES,
20 | LLC, a Delaware limited liability
   | company; DIRECTV HOLDINGS LLC,
21 | a Delaware limited liability company;
22 | DIRECTV OPERATIONS, LLC, a
   | California limited liability company;
23 | THE DIRECTV GROUP, INC., a
24 | Delaware corporation,
25 | Defendant.
26 |
27 |
28 |

No. CV2009-054111

**SUMMONS**

IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION

1

**THE STATE OF ARIZONA TO THE DEFENDANT:**

DIRECTV, HOLDINGS LLC.

c/o CSC Corp.

2730 Gateway Oaks Dr. Ste 100

Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you must appear and defend within 20 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons, Complaint, and Certificate of Compulsory Arbitration upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. Ariz. R. Civ. Proc., Rules 4, 4.1, 4.2 and 12(a).

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

2

1   YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer

2 or proper response in writing with the Clerk of this Court, accompanied by the necessary filing

3 fee, within the time required, and you are required to serve a copy of any Answer or response

4 upon the plaintiff's attorney, whose name and address are set forth below.  Ariz. R. Civ. Proc.,

5 Rules 5 and 10; A.R.S. § 12-311.

6   Copies of the pleadings filed herein may be obtained by contacting the Clerk of

7 Superior Court, Maricopa County, located at 201 West Jefferson, Phoenix, Arizona.

8

9   **Requests for reasonable accommodation for persons with disabilities must be made**

10 **to the division assigned to the case by parties at least 3 judicial days in advance of a**

11 **scheduled court proceeding.**  Local Rules of Practice for the Superior Court, Maricopa

12 County, Rule 2.5(c).

13

14   The name and address of plaintiff's attorney is:

15    Paul B. Mengedoth
     **MENGEDOTH LAW FIRM LLC**
16    14646 N. Kierland Blvd., Suite 140
17    Scottsdale, Arizona 85254

18          SEP 1 8 2009

19   SIGNED AND SEALED this date:_____

20

21      MICHAEL K. JEANES, CLERK
      CLERK

22

23    By

24    Deputy Clerk

25

26

27

28

         3